No. 83–6647. ROSA-NORZAGARAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6654. ORMSBY v. HEITKAMP, TRUSTEE OF THE ESTATE OF MICO INTERESTS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–6656. BLEDSOE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 83–6661. ASHLEY v. TV NETWORKS ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–6665. BAUGUSS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 83–6671. MCCLURKIN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83–6672. MCCLINNAHAN v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 83–6675. ANTONELLI v. HEIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–6679. BOJORQUEZ-VILLAGRANA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6680. BASHOR v. RISLEY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–6683. PERRY v. RUSHEN, CHAIRPERSON, CORRECTIONAL INDUSTRIES COMMISSION, ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–6688. HUNTER v. NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 83–6689. DULA v. TEXAS. Ct. App. Tex., 3d Sup. Jud. Dist. Certiorari denied.

No. 83–6693. TYLER v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 83–6695. CRICK v. SMITH, WARDEN. C. A. 6th Cir. Certiorari denied.